UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-8297-DLB

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

MICHAEL BRYANT,

    Defendant.
_____/

## NOTICE OF REQUEST FOR DISCLOSURE
## OF EXPERT WITNESS SUMMARIES

The defendant, Michael Bryant, through undersigned counsel, demands disclosure under Fed. R. Crim. P. 16(a)(1)(G) of expert testimony the government intends to introduce at trial during its case-in-chief. As to each potential expert witness, the government should disclose the name of the expert witness, the witness' qualifications, present employment, a summary of the witness' opinion, and the bases and reasons for the opinion.

Respectfully submitted,

MICHAEL CARUSO
INTERIM FEDERAL PUBLIC DEFENDER

s/ Peter Birch
Peter Birch
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 304281
450 South Australian Avenue, Suite 500
West Palm Beach, Florida 33401
(561) 833-6288 - Telephone
(561) 833-0368 - Fax
*Peter_Birch@FD.org*

**CERTIFICATE OF SERVICE**

  I HEREBY certify that on July 27, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                 s/ Peter Birch
                  Peter Birch

## SERVICE LIST

## UNITED STATES OF AMERICA v. MICHAEL BRYANT
## CASE NO. 12-8297-DLB

Roger Harris Stefin
Assistant United States Attorney
500 South Australian Avenue
4th Floor
West Palm Beach, FL 33401
(561) 820-8711, ext. 3055 - Telephone
(561) 820-8777 - Email
*roger.stefin@usdoj.gov* - Email